IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL WILLIAMS                                                          PLAINTIFF

v.                          No. 3:19-cv-171-DPM

MARTY BOYD, Sheriff, Craighead
County Sheriff Department; KEITH
BOWERS, Jail Administrator, Craighead
County Detention Center; T. RAYMOND,
Jail Administrator, Craighead County
Detention Center; and KEITH HARREL,
Jail Administrator, Craighead County
Detention Center                                                          DEFENDANTS

## JUDGMENT

Williams's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2019